**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01161-CV

### ZENE TINNARD, Appellant

### V.

### THE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, AND UNIVERSITY OF TEXAS SOUTHWEST AND UNKNOWN GOVERNMENTAL ENTITIES (DOES 1-5), Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-14290

## ORDER

Based on this Court's November 27, 2013 order, we **DENY** as moot appellant's second motion for extension to file brief, appellee University of Texas Southwestern Medical Center at Dallas's motion to affirm trial court's final judgment and dismiss appeal for want of prosecution, and appellee The Dallas County Hospital District d/b/a Parkland Health & Hospital System's motion to strike late brief and reurging dismissal of appeal for want of prosecution.

/s/    ELIZABETH LANG-MIERS
       JUSTICE